IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

LISA DANTES, on behalf of herself
and those similarly situated,

    Plaintiff,

v.                              No. 1:13-CV-1290-JDB-egb

INDECOMM HOLDINGS, INC.,
d/b/a INDECOMM GLOBAL SERVICES,

    Defendant.
_____

ORDER ADOPTING REPORT AND RECOMMENDATION AND TRANSFERRING CASE
_____

    This action was brought by the Plaintiff, Lisa Dantes, on behalf of herself and others similarly situated, on October 23, 2013, alleging violations of the Fair Labor Standards Act.  The Defendant, Indecomm Holdings, Inc., d/b/a Indecomm Global Services, moved to transfer the case to the United States District Court for the District of New Jersey, pursuant to 28 U.S.C. § 1404.  (D.E. 12.)  The motion was referred to the United States Magistrate Judge, who recommended that the case be transferred as requested.  (D.E. 51.)  The parties have filed a joint notice of non-objection to the report and recommendation.  (D.E. 52.)

    The Court has carefully reviewed the report and recommendation and the relevant materials in the file and finds the recommendation correct in all respects.  Accordingly, the report and recommendation is ADOPTED as the order of the Court and this matter shall be transferred to the United Stated District Court for the District of New Jersey.  All other pending motions will be handled by the transferee court.

    IT IS SO ORDERED this 19th day of August 2014.

                                              s/ J. DANIEL BREEN
                                              UNITED STATES DISTRICT JUDGE